# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                          Case Number: 4:22−cr−00371

Gerardo Saucedo

---

## Notice of Setting

**A proceeding has been set in this case as to Gerardo Saucedo as set forth below.**

**BEFORE:**
**Magistrate Judge Diana Song Quiroga**

**LOCATION:**
United States Courthouse
1300 Victoria Street
Laredo, TX 78040
**DATE:** 8/8/2022

**TIME:** 01:41 PM

**TYPE OF PROCEEDING:** Initial Appearance

---

Date:   August 8, 2022                                        Nathan Ochsner, Clerk